NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADIP J. TADROS & NORMA TADROS, | **Hon. Dennis M. Cavanaugh** |
| Plaintiffs, | **ORDER** |
| v. | Civil Action No. 10-CV-2535 (DMC)(MF) |
| CITY OF UNION CITY; MAYOR BRIAN P. STACK; JOHN MEDINA; MARTIN MARTINETTI; FRANCO ZANDARDELLI; LUCIO FERNANDEZ; CHRISTOPHER F. IZIZARRY; TILO E. RIVAS; MARYBURY BOMBINO; ANDRES GARCIA; MIGUEL ORTIZ; VICTOR MERCADO; VICTOR GRULLON; MARGARITA GUTIERREZ; DENIS VELEZ; C. VALBIVIA; THE STATE OF NEW JERSEY; EMPIRETECH CONSULTING ASSOCIATION INC.; SHERIFF H. EL-FAR; SHERIFF P.E. CONNIE YOUNIS; JOSE IZQUIERDO; JAI, ARCHITECTS LLC; ABBAS A. SHAH; RONALD ABRAHAM, ESQ.; GREGG F. PASTER, ESQ.; WILFREDO J. ORTIZ, II, ESQ.; J.D.P. CONSTRUCTION SERVICES, INC.; JUAN DE LA PAZ; JAY B. ZUCKER, ESQ.; ROSE RUBITO, ESQ.; DAVID M. WATKINS, ESQ.; 54 INC.; ORTIZ AND PASTER LAW OFFICES; JAY B. ZUCKER & KWESTEL, LLP; JOHN DOES, | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon Plaintiffs Adip and Norma Tadros' Motion for

1

Default Judgment against Defendants Abbas A. Shah, Empiretech Consulting Assoc. Inc. and Empiretech Construction Assoc. Inc. and Connie Younis (hereinafter, the "Empiretech Defendants") as well as Defendants Jay B. Zucker, Esq., 54 Inc. and Steven J. Kwestel, Esq. and Philip W. Shapiro, Esq.  (ECF No. 69).  After considering all submissions, and based upon the following;

**WHEREAS** Steven J. Kwestel, Esq. and Philip W. Shapiro, Esq. are not named Defendants in this case, default judgment will not be entered against them;

**WHEREAS** pursuant to Fed.R.Civ.P. 55, entry of a default judgment against a party is a two step process starting first with the entry of default by the clerk, and then culminating in the entry of default judgment by the court;

**WHEREAS** pursuant to Fed.R.Civ.P. 55(a) the clerk must enter a party's default when a properly served defendant fails to respond or properly defend;

**WHEREAS** the clerk has not entered default against any of the Defendants named in the instant motion for default judgment;

**WHEREAS** the Empiretech Defendants have submitted sufficient proof to this Court that they were not properly served with Plaintiff's Complaint, see (Opp'n by Empiretech Def.'s to Pl.'s Mot. for Default J. 1, 4, Apr. 18, 2011, ECF No. 72);

IT IS __30__ day of November, 2011;

**ORDERED** Plaintiff's motion for default judgment against Defendants Empiretech Consulting Assoc. Inc., Abbas A. Shah, Empiretech Construction Assoc. Inc and Connie Younis is hereby **denied**; and it is further,

**ORDERED** Plaintiff's motion for default judgment against Defendants Jay B. Zucker, and 54 Inc. is **denied**.

                                                             _____
                                                             Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk's Office |
| cc: | Hon. Mark Falk, U.S.M.J. |
| | All Counsel of Record |
| | File |